**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>     Plaintiff,<br> v.<br><br>BASECAMP, INC.,<br><br>     Defendant.<br>VERIFY SMART CORP.,<br><br>     Plaintiff,<br> v.<br><br>TWITTER, INC.,<br><br>     Defendant. | 2:16-cv-00239-JRG<br><br>LEAD CASE<br><br><br><br>2:16-cv-00235-JRG<br><br>CONSOLIDATED CASE |

**ORDER**

  CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant Twitter, Inc. with prejudice (Dkt. No. 24) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against Twitter, Inc. are DISMISSED with prejudice.

  **So ORDERED and SIGNED this 27th day of June, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE